THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS 
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
The State, Respondent,
v.
Tony Lamar Cunningham, Appellant.
 
 
 

Appeal from Clarendon County
 J. Derham Cole, Circuit Court Judge

Memorandum Opinion No. 2007-MO-017
Submitted February 28, 2007  Filed March 12, 2007  

AFFIRMED

 
 
 
Deputy Chief Attorney for Capital Appeals Robert M. Dudek, of South Carolina Commission on Indigent Defense, Division of Appellate Defense, of Columbia, for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Sabrina C. Todd, all of Columbia, and Solicitor Cecil Kelly Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  We certified this case for review from the court of appeals pursuant to Rule 204(b), SCACR.  In accordance with our opinion in State v. James Op. No. 26276 (S.C. Sup. Ct. filed Feb. 27, 2007) (Shearouse Adv. Sh. No. 8 at 41), we affirm the trial courts decision.
 TOAL, C.J., MOORE, BURNETT, PLEICONES, JJ., and Acting Justice Edward B. Cottingham, concur.